No. 169, Misc. McCune *v.* Adams, Warden. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 237, Misc. Moore *v.* Smyth, Superintendent, Virginia State Penitentiary. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 249, Misc. Cox *v.* Smyth, Superintendent, Virginia State Penitentiary. Supreme Court of Appeals of Virginia. Certiorari denied. *William Alfred Hall, Jr.* for petitioner.

No. 250, Misc. Gray *v.* Ellis, General Manager, Texas Prison System. C. A. 5th Cir. Certiorari denied.

No. 255, Misc. Hannon *v.* Missouri. Supreme Court of Missouri. Certiorari denied.

No. 264, Misc. Weber *v.* United States. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 268, Misc. Williams *v.* New York. Appellate Division of the Supreme Court of New York, Third Judicial Department. Certiorari denied.

No. 272, Misc. Winter *v.* Director, Department of Public Welfare of Baltimore City. Court of Appeals of Maryland. Certiorari denied. Petitioner *pro se. Hugo A. Ricciuti* and *Blanche G. Wahl* for respondent.

No. 295, Misc. Vatelli *v.* California et al. Supreme Court of California. Certiorari denied.